FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 4 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

CEDRIC MOSLEY AND JOEL FORNEY,

                                                    Plaintiffs,

                    -against-

CITY OF NEW YORK, DETECTIVE MAUREEN MOONEY
(TAX #926806) AND OFFICERS "JOHN DOE" #1
THROUGH #15, INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES, (the names "John Doe" being
fictitious, as the true names of these individuals are presently
unknown),

                                                    Defendants.
--------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13-CV-4560 (SLT) (RER)

 

 

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Reese Richman LLP
*Attorneys for Plaintiffs*
875 Sixth Avenue, Suite 1808
New York, NY 10001
(212) 687-8291

By: _____
    Kim Richman
    *Attorney for Plaintiffs*

Dated: New York, New York
       July 8      , 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Mooney*
100 Church Street, Rm. 3-228
New York, New York 10007

By: _____
    David de la Garza Bassett
    *Assistant Corporation Counsel*

SO ORDERED:

/s/ Sandra L. Townes
_____
HON. SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

2